UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-cv-10596-IT

TRICIA THOMAS,
    Plaintiff,
            v.
CITY OF BOSTON, BOSTON POLICE DEPT.,
OFFICER MARTIN J. HEDDERMAN,
Individually and as employee of BOSTON
POLICE DEPT., OFFICER BRENDAN E.
CAVANAUGH, Individually and as employee of
BOSTON POLICE DEPT., LIEUTENANT SEAN
P. SMITH, Individually and as employee of
BOSTON POLICE DEPT.,
    Defendants

**DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS PLAINTIFF'S SUBSTITUTE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant, City of Boston ("City") hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Substitute Complaint against the City for its failure to state a claim upon which relief can be granted. The plaintiff failed to allege a <u>Monell</u> claim against the City, each of her negligence and intentional tort claims are barred or insufficiently pled and her negligent supervision and training claims were not presented to the City in a timely manner.

In further support of this Motion, the City of Boston respectfully refers the Court to its Memorandum of Law, filed herewith.

WHEREFORE, the City of Boston respectfully requests that Plaintiff's Substitute Complaint be dismissed with prejudice.

Respectfully submitted,

Defendant,
City of Boston
By its attorneys,

Henry Luthin
Corporation Counsel

/s/ John Fahey
John A. Fahey, BBO#703399
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4017
John.Fahey@boston.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that co-counsel I spoke with Attorney Herbert Cohen on Wednesday May 12, 2021 by telephone pursuant to Local Rule 7.1 in an effort to narrow the issue raised here.

| May 24, 2021 | /s/ John Fahey |
|---|---|
| Date | John A. Fahey |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 24, 2021.

| 05/24/2021 | /s/ John Fahey |
|---|---|
| Date | John A. Fahey |