# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRICIA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPT., OFFICER MARTIN J. HEDDERMAN, Individually and as employee of BOSTON POLICE DEPT., OFFICER BRENDAN E. CAVANAUGH, Individually and as employee of BOSTON POLICE DEPT., LIEUTENANT SEAN P. SMITH, Individually and as employee of BOSTON POLICE DEPT.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:21-cv-10596-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT MOTION TO WITHDRAW MOTION TO COMPEL**

NOW COME THE PARTIES, Tricia Thomas, City of Boston, Martin J. Hedderman, Brendan E. Cavanaugh, and Sean P. Smith and respectfully request that the Defendants Motion to Compel or, in the Alternative, Dismiss Complaint (ECF No. 22) be withdrawn.  As grounds therefore, the Parties state that Plaintiff provided her initial disclosures on August 27, 2021, as per agreement of the parties, rendering the motion moot.

Respectfully submitted,

Defendants,

CITY OF BOSTON, MARTIN HEDDERMAN,
BRENDAN CAVANAUGH and SEAN SMITH
By their attorneys,

Henry Luthin
Corporation Counsel


/s/ Nieve Anjomi
Nieve Anjomi, BBO#651212
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4098
Nieve.Anjomi@boston.gov


PLAINTIFF,

TRICIA THOMAS
By her attorney,

Herbert S. Cohen, Esq.


/s/ Herbert Cohen
Herbert Cohen, BBO#089180
500 Commercial St., Ste. 4R
Boston, MA 02109
617-523-45
hscohenlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August _, 2021.


| 08/27/21 | /s/ Nieve Anjomi |
|---|---|
| Date | Nieve Anjomi |