UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| TRICIA THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPT., OFFICER MARTIN J. HEDDERMAN, Individually and as employee of BOSTON POLICE DEPT., OFFICER BRENDAN E. CAVANAUGH, Individually and as employee of BOSTON POLICE DEPT., LIEUTENANT SEAN P. SMITH, Individually and as employee of BOSTON POLICE DEPT.,<br><br>    Defendants. | C.A. No. 1:21-cv-10596-IT |

**DEFENDANTS MARTIN J. HEDDERMAN AND BRENDAN E. CAVANAUGH'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)**

Defendants Martin J. Hedderman ("Officer Hedderman") and Brendan E. Cavanaugh ("Officer Cavanaugh") respectfully move pursuant to Fed. R. Civ. P. 12(c) to have this Honorable Court dismiss all of the claims against them contained in the Plaintiff's Substitute Complaint (the "Complaint"). Plaintiff has sued Officers Hedderman and Cavanaugh for a violation of 42 U.S.C. §1983 (Count I), Assault and Battery (Count II), Intentional Infliction of Emotional Distress (Count III), Negligent Infliction of Emotional Distress (Count IV), False Arrest (Count V), False Imprisonment (Count VI), and Negligent Training and Supervision (Count

IX).  The Plaintiff has also sued the City of Boston and Lieutenant Sean P. Smith. Plaintiff's § 1983 claim and the various tort claims alleged are either barred or insufficiently pleaded.

In support of the motion, Officers Hedderman and Cavanaugh submit this motion and accompanying memorandum of law.

For the foregoing reasons set forth herein and in the accompanying memorandum, Officers Hedderman and Cavanaugh respectfully request that this Honorable Court dismiss all claims alleged against them in Plaintiff's Complaint.

        Respectfully submitted,

        Defendants,
        MARTIN HEDDERMAN and BRENDAN CAVANUGH
        By their attorneys,

        Henry Luthin
        Corporation Counsel

        */s/ Nieve Anjomi*
        Nieve Anjomi, BBO#651212
        Senior Assistant Corporation Counsel
        City of Boston Law Department
        City Hall, Room 615
        Boston, MA 02201
        617-635-4098
        Nieve.Anjomi@boston.gov

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I spoke with Attorney Herbert Cohen on August 23, 2021 by telephone pursuant to Local Rule 7.1 in an effort to narrow the issue raised here.

| September 2, 2021 | */s/ Nieve Anjomi* |
|---|---|
| Date | Nieve Anjomi |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 2, 2021.

09/02/2021                                                         */s/ Nieve Anjomi*

Date                                                                      Nieve Anjomi