UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 1:21CV10596-IT

| | |
|---|---|
| TRICIA THOMAS | ) |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF BOSTON, ET AL. | ) |
| Defendants | ) |

## NOTICE OF WITHDRAWAL OF PHILLIP PARAS, ESQ.

Now comes Phillip Paras, Esq. and files his Notice of Withdrawal of his Appearances on behalf of the Plaintiff, Tricia Thomas, in the within action.

Respectfully submitted,

*Philip Paras by Herbert S Cohen Esq*

Phillip Paras, Esq.
BBO #708429
Suite 4R
500 Commercial Street
Boston, MA 02109
Tel: (617) 523-4552
Fax: (617) 723-9211
hscohenlaw@gmail.com

**CERTIFICATE OF SERVICE**

    I, Phillip Paras, hereby certify that a copy of the within Notice of Withdrawal has been mailed this day via Email to:

Nicole M. O'Connor
Nicole.oconnor@boston.gov

Randall F. Maas
Randall.maas@boston.gov

Date: 9/13/22

Phillip Paras, Esq.